UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00294-KJD-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| SCOTT ANDREW HETHCOAT, | |
| Defendants. | |

Pending before the Court is the Motion to be Removed From CM/ECF Electronic Notice List (ECF No. 85).  The docket in this matter shows Mr. Lay as counsel for Defendant Scott Andrew Hethcoat.  *See* ECF No. 25.  There is no docket entry showing Mr. Lay has withdrawn or that he otherwise no longer represents Defendant.

Accordingly, IT IS HEREBY ORDERED that the Motion to be Removed from CM/ECF Electronic Notice List (ECF No. 85) is DENIED.

Dated this 16th day of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE